## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

_____
)
VIETNAM FINEWOOD COMPANY LIMITED )
FAR EAST AMERICAN, INC. AND )
LIBERTY WOODS INTERNATIONAL, INC., )
)
      Plaintiffs, )
)
and )
)
INTERGLOBAL FOREST LLC, )
)
      Consolidated Plaintiff, )  Consol. Ct. No. 22-00049
)
v. )
)
UNITED STATES, )
)
      Defendant, )
)
and )
)
COALITION FOR FAIR TRADE IN )
HARDWOOD PLYWOOD, )
)
      Defendant-Intervenor. )
_____)

**Plaintiffs' Unopposed Motion Permitting Thomas H. Cadden**

**To Appear Remotely For Oral Argument**

Pursuant to Rules 7(c), 56.2(e) and 77(c) of the Rules of the Court of International Trade, this Court has scheduled oral argument in this matter on March

21, 2023 at 2PM. Consolidated Plaintiff InterGlobal Forest, LLC ("Consolidated Plaintiff IGF"), respectfully requests that Thomas H. Cadden of Cadden & Fuller LLP, attorney for Consolidated Plaintiff IGF be permitted to appear remotely via WebEx or other teleconferencing platform on behalf of Consolidated Plaintiff IGF for oral argument.

There is good cause for this Court to grant this motion. Due to recent medical issues, Mr. Cadden is unable to travel to attend the oral argument in person. This appeal involves significant legal and fact-intensive issues concerning Commerce's scope determination that the Hardwood Plywood Antidumping and Countervailing Duty Orders cover two-ply panels and its analysis that the process of manufacturing hardwood plywood from two-ply and other raw materials does not constitute substantial transformation. By appearing remotely, Mr. Cadden's oral argument on behalf of Consolidated Plaintiff IGF will assist the Court in its evaluation of the issues presented in this case and will permit the Court to question Mr. Cadden in detail regarding the arguments presented in Consolidated Plaintiff IGF's briefs.

Pursuant to Rule 7(f), Plaintiffs consulted with the other parties on their position concerning permitting Mr. Cadden to attend oral argument remotely. On March 15, 2023, Gregory Menegaz and Alexandra Salzman, counsel for Plaintiff Vietnam Finewood Company Limited ("Finewood"), Plaintiff Far East American, Inc. ("FEA"), and Plaintiff Liberty Woods International, Inc. ("Liberty")

(collectively "Plaintiffs"), indicated their consent to this Motion. On March 16, 2023, Hardeep K. Josan, counsel for Defendant United States indicated her consent to this Motion. On March 15, 2023, Stephanie M. Bell, counsel for Defendant-Intervenor indicated her consent to this motion..

For these reasons, the undersigned requests that Mr. Cadden be permitted to appear remotely to present oral argument on behalf of Consolidated Plaintiff IGF on the issues raised in the briefing. A proposed order granting this motion is attached hereto.

Respectfully submitted,

/s/ Thomas H. Cadden
Thomas H. Cadden
Cadden & Fuller LLP
2050 Main Street, Suite 260
Irvine, CA 92614
Tel: (949) 788-0827
Email: tcadden@caddenfuller.com
*Counsel to Consolidated Plaintiff,*
*InterGlobal Forest LLC*

Date: March 16, 2023

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| VIETNAM FINEWOOD COMPANY LIMITED<br>FAR EAST AMERICAN, INC. AND<br>LIBERTY WOODS INTERNATIONAL, INC.,<br>    Plaintiffs,<br><br>and<br><br>INTERGLOBAL FOREST LLC,<br>    Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>    Defendant,<br><br>and<br><br>COALITION FOR FAIR TRADE IN<br>HARDWOOD PLYWOOD,<br>    Defendant-Intervenor. | Consol. Ct. No. 22-00049 |

## ORDER

Upon consideration of Consolidated Plaintiff InterGlobal Forest, LLC's Unopposed Motion to permit Thomas H. Cadden of Cadden & Fuller LLP to appear remotely via WebEx or other teleconferencing platform on behalf of Consolidated Plaintiff IGF for oral argument on March 21, 2023 at 2PM, it is hereby

**ORDERED** that said motion is GRANTED.

DATED: _____         _____
       New York, New York                                   Mark A. Barnett, Chief Judge