IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FAR EAST AMERICAN, INC., *et al.*,<br><br>   Plaintiffs,<br><br>and,<br><br>INTERGLOBAL FOREST LLC,<br><br>   Consolidated-Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>   Defendant,<br><br>and,<br><br>COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,<br><br>   Defendant-Intervenor. | Before: Hon. Mark A. Barnett,<br>    Chief Judge<br><br>Consol. Court No. 22-00049 |

## **DEFENDANT-INTERVENOR'S COMMENTS ON REMAND REDETERMINATION**

On behalf of Defendant-Intervenor Coalition for Fair Trade in Hardwood Plywood ("the Coalition"), we hereby provide the following comments regarding the remand redetermination of the U.S. Department of Commerce ("Commerce") in the subject proceeding. Final Results of Redetermination Pursuant to Ct. Remand Order in *Far East American, Inc. v. United States*, Consol. Ct. No. 22-00049 (June 16, 2023), ECF No. 62. In its original determination, Commerce found that the language of the scope, in conjunction with the sources identified in 19 C.F.R. § 351.225(k)(1), demonstrated that two-ply panels imported by Vietnam Finewood Company Limited ("Finewood") into Vietnam from China were covered by the scope of the antidumping and countervailing duty orders on hardwood plywood from China ("the Orders"). *See id.* at 3-4. Commerce further found that these panels were not substantially transformed by further processing that occurred in Vietnam such that the country-of-origin of these panels remained China. *See id.* at

**Consol. Ct. No. 22-00049**

4. On appeal, this Court disagreed, finding that the scope language "unambiguously" does not cover two-ply panels and "instruct{ing} Commerce to issue a scope ruling concerning Finewood's two-ply panels that is consistent with the unambiguous meaning of the Orders." *See id.* at 2. In light of the Court's opinion, in its remand redetermination, Commerce found, under protest, that two-ply panels imported by Finewood into Vietnam from China and subsequently exported to the United States are not subject to the scope of the Orders. *Id.*

For the reasons explained in the Coalition's submissions to Commerce in the underlying proceeding, as well as to the Court in the subject appeal, the Coalition continues to believe that Commerce's original determination was supported and consistent with law, that language of the Orders and the (k)(1) materials demonstrate that two-ply panels imported by Finewood into Vietnam from China are covered by the scope of the Orders, and that such panels are not substantially transformed by further processing in Vietnam. However, in light of the Court's determination, Commerce's remand redetermination complies with the Court's opinion. The Coalition respectfully agrees with Commerce's issuance of its remand redetermination under protest.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Stephanie M. Bell, Esq.
Tessa V. Capeloto, Esq.

**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
(202) 719-7000

*Counsel to Coalition for Fair Trade in Hardwood Plywood*

Dated: July 17, 2023

<u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Defendant-Intervenor Coalition for Fair Trade in Hardwood Plywood's Comments on Remand Redetermination, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2021), is 344 words.

<u>/s/ Timothy C. Brightbill</u>
(Signature of Attorney)

<u>Timothy C. Brightbill</u>
(Name of Attorney)

<u>Coalition for Fair Trade in Hardwood Plywood</u>
(Representative Of)

<u>July 17, 2023</u>
(Date)