## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| FAR EAST AMERICAN, INC. AND LIBERTY WOODS INTERNATIONAL, INC., <br><br> Plaintiffs, <br> and <br><br> INTERGLOBAL FOREST LLC, <br><br> Consolidated Plaintiff <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br> and <br><br> COALITION IN FAIR TRADE IN HARDWOOD PLYWOOD, <br><br> Defendant-Intervenor | Consol. Ct. No. 22-00049 |

## **PLAINTIFFS' RESPONSIVE COMMENTS ON REMAND REDETERMINATION**

In accordance with CIT Rule 56.2(h)(3), Plaintiffs Far East American, Inc. and Liberty Woods International, Inc. hereby respond to Defendant-Intervenor's Comments on Remand Redetermination dated July 17, 2023 (ECF No. 64) and comment on the U.S. Department of Commerce's ("Commerce") remand redetermination in this proceeding. *See* Final Results of Redetermination Pursuant to Ct. Remand Order in *Far East American, Inc. v. United States*, Consol. Ct. No. 22-00049 (June 16, 2023), ECF No. 62.

Plaintiffs agree with Defendant-Intervenor that Commerce's remand redetermination complies with the Court's opinion, Slip Op. 23-58 dated April 20, 2023 (ECF No. 60).

Specifically, Commerce found that the hardwood plywood Finewood produced in Vietnam using two-ply veneers from China is not subject to the antidumping and countervailing duty orders on hardwood plywood from China.  Plaintiffs note, however, that neither Commerce nor Defendant-Intervenor have cause to comply with the Court's decision "under protest."  As the Court concluded, "{w}hen read in light of the (k)(1) sources, it is clear that the scope of the *Plywood Orders* unambiguously covers hardwood plywood and certain veneered panels that, for purposes of the underlying proceeding, and from the second scope sentence onward, are collectively described as hardwood plywood "consisting of two or more layers or plies of wood veneers and a core," i.e., at least three plies."  Slip Op. 23-58 at 31.

Accordingly, Plaintiffs support Commerce's remand redetermination and believe that this case is ripe for judgment.

Respectfully submitted,

/s/ *Gregory S. Menegaz*
Gregory S. Menegaz
J. Kevin Horgan
Alexandra H. Salzman
Vivien J. Wang
**DEKIEFFER & HORGAN, PLLC**
Suite 1101
1156 Fifteenth St., N.W.
Washington, D.C. 20005
*Counsel to Plaintiffs Far East American, Inc. and Liberty Woods International, Inc.*

Dated: July 19, 2023