## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| FAR EAST AMERICAN, INC. AND LIBERTY WOODS INTERNATIONAL, INC., )<br><br>Plaintiffs, )<br><br>INTERGLOBAL FOREST, LLC, )<br><br>Consolidated Plaintiff, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant, )<br><br>and )<br><br>COALITION IN FAIR TRADE IN HARDWOOD PLYWOOD, )<br><br>Defendant-Intervenor. ) | Consol. Ct. No. 22-00049 |

## **JUDGMENT**

Upon consideration of the Department of Commerce's final results of redetermination pursuant to Court remand, dated Apr. 16, 2023, ECF No. 62, the record of this proceeding, and all other pertinent papers, it is hereby

ORDERED that the final results of redetermination pursuant to Court remand are sustained.

Dated: _____          _____
       New York, NY                              CHIEF JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| FAR EAST AMERICAN, INC. AND <br> LIBERTY WOODS INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> INTERGLOBAL FOREST, LLC, <br><br> Consolidated Plaintiff, <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> COALITION IN FAIR TRADE IN <br> HARDWOOD PLYWOOD, <br><br> Defendant-Intervenor. | Consol. Ct. No. 22-00049 |

## DEFENDANT'S REQUEST TO <br> SUSTAIN THE RESULTS OF THE REMAND REDETERMINATION

Defendant, the United States, respectfully requests that this Court sustain the Department of Commerce's "Final Results of Redetermination Pursuant to Court Remand" (ECF No. 62) (*Remand Results*), filed on June 16, 2023, in accordance with this Court's decision and remand order in *Far East American, Inc. v. United States*, Consol. Ct. No. 22-00049, Slip Op. 23-58 (Ct. Int'l Trade Apr. 20, 2023) (ECF No. 60).

Commerce has complied with the Court's opinion and order in Slip Op. 23-58, dated April 20, 2023. Specifically, after considering the views of the Court, Commerce found, under protest, that the hardwood plywood exported to the United States by Vietnam Finewood

Company Limited that was produced using two-ply panels imported to the Socialist Republic of Vietnam from the People's Republic of China is not subject to the scope of the antidumping and countervailing duty orders covering hardwood plywood from China.  *See generally Remand Results*.  Defendant-intervenor and plaintiffs filed comments agreeing that Commerce's remand redetermination complies with the Court's opinion.  Coalition Cmts. (ECF No. 64); Pls. Cmts. (ECF No. 65).  Because no party contests Commerce's remand redetermination, and the remand redetermination complies with the Court's opinion and order, we respectfully request that the Court sustain Commerce's remand results and enter judgment accordingly.

|  | Respectfully submitted, |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL: | /s/Hardeep K. Josan<br>HARDEEP K. JOSAN |
| SAVANNAH ROSE MAXWELL<br>Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>26 Federal Plaza, Suite 346<br>New York, New York 10278<br>Tel.: (212) 264-9245<br>Fax:  (212) 264-1916<br>Email: hardeep.k.josan@usdoj.gov |

Dated:  August 14, 2023