IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| VIETNAM FINEWOOD COMPANY LIMITED<br>FAR EAST AMERICAN, INC.; et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　and<br><br>INTERGLOBAL FOREST LLC,<br><br>　　　　　　　Consolidated Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant,<br><br>　　　　and<br><br>COALITION FOR FAIR TRADE IN<br>HARDWOOD PLYWOOD,<br><br>　　　　　　　Defendant-Intervenor. | Consol. Ct. No. 22-00049 |

**PLAINTIFFS' RESPONSIVE COMMENTS ON REMAND REDETERMINATION**

In accordance with CIT Rule 56.2(h)(3), Consolidated Plaintiff Interglobal Forest LLC hereby respond to Defendant-Intervenor's Comments on Remand Redetermination dated July 17, 2023 (ECF No. 64) and comment on the U.S. Department of Commerce's ("USDOC") remand redetermination in this proceeding. *See* Final Results of Redetermination Pursuant to Ct. Remand Order in *Far East American, Inc. v. United States*, Consol. Ct. No. 22-00049 (June 16, 2023), ECF No. 62.

Interglobal Forest LLC agrees with Defendant-Intervenor that USDOC's remand redetermination complies with the Court's opinion, Slip Op. 23-58 dated April 20, 2023 (ECF No.

60). Specifically, USDOC found that the hardwood plywood Finewood produced in Vietnam using two-ply veneers from China is <u>not</u> subject to the antidumping and countervailing duty orders on hardwood plywood from China.

That being said, there is no basis for USDOC or Defendant-Intervenor to comply with the Court's decision "under protest." As the Court concluded, "{w}hen read in light of the (k)(1) sources, it is clear that the scope of the *Plywood Orders* <u>unambiguously</u> covers hardwood plywood and certain veneered panels that, for purposes of the underlying proceeding, and from the second scope sentence onward, are collectively described as hardwood plywood "consisting of two or more layers or plies of wood veneers and a core," i.e., at least three plies." Slip Op. 23-58 at 31 (Emphasis added.).

Interglobal Forest LLC supports Commerce's remand redetermination and believes that the entry of judgment is appropriate in this matter.

/s/ Kevin E. Mueller
Thomas H. Cadden
Kevin E. Mueller
Cadden & Fuller LLP
2050 Main Street, Suite 260
Irvine, CA 92614
Tel: (949) 416-0245
Email: tcadden@caddenfuller.com
Counsel to Consolidated Plaintiff,
Interglobal Forest LLC

Dated: August 14, 2023